**E-FILED**
Monday, 21 July, 2008  02:00:37 PM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**LARRY SMITH,**
**Petitioner,**

vs.                                                                    Case Number:    **08-2047**

**UNITED STATES OF AMERICA,**
**Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that the petition pursuant to 28 U.S.C.§2255 is denied.  This case is terminated.

ENTER this 21st day of July 2008.

s/Pamela E. Robinson, Clerk

PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK